AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
NOV 14 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States of America )
v. )
Ruben CARRION )  Case No. 3:11-M-5597-NJG
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 12, 2011__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. 841 | Knowingly and intentionally possessed a controlled substance with intent to distribute to wit: approximately 110.40 pounds of marijuana, a Schedule I Controlled Substance. |
| Title 21 U.S.C 952 | Unlawfully imported into the customs territory of the United States from any place outside thereof (i.e. Republic of Mexico) a controlled substance to wit: approximately 110.40 pounds of marijuana, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:



☑ Continued on the attached sheet.

_____
*Complainant's signature*

Miguel Ramirez/Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/14/2011

_____
*Judge's signature*

City and state: El Paso, Texas

Norbert J. Garney, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

On November 12, 2011, at approximately 12:40 P.M., Ruben CARRION applied for entry into the United States from Mexico at the Paso Del Norte Port of Entry in El Paso, Texas. CARRION was the driver of a 1999 Ford Contour bearing Texas license DD9K663. During a pre-primary inspection, Customs and Border Protection Officer Jose Marquez inspected the vehicle using a drug detection dog. The dog alerted to the presence of a controlled substance odor emanating from the undercarriage of the vehicle.

The vehicle was escorted into the secondary inspection area. A detailed inspection of the vehicle revealed 92 bundles of a green leafy substance concealed in the roof and rear seats. The substance was field-tested and tested positive for the properties of marijuana. A total of approximately 110.40 pounds of marijuana was removed from the vehicle.

Special Agents (SA) Miguel Ramirez and Christopher Perez arrived at the port of entry to investigate the marijuana seizure. SA Ramirez read CARRION his Miranda Warnings in the English language. CARRION voluntarily waived his rights and stated he was hired by a Hispanic male in Las Cruces, New Mexico, to drive the vehicle from Juarez, Mexico, to El Paso, Texas. CARRION stated he was to be paid $500.00 and believed the vehicle contained drugs.

CARRION claimed he did not know the type of drug or the location of the concealed drugs. CARRION said he was told to call the Hispanic male once he passed inspection in order to receive delivery instructions. CARRION stated he was not certain if he was to deliver the vehicle in El Paso, Texas, or drive the vehicle to Las Cruces, New Mexico. CARRION said he agreed to drive the vehicle because he was in need of money. CARRION provided a written statement admitting his participation in the marijuana smuggling attempt.