# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**FILED**
11/14/2011
**Clerk, U.S. District Court**
**Western District of Texas**

by: J. BEJARANO
Deputy

USA

vs.                                                          Case Number:  EP:11-M -05597(1) NJG

**(1) Ruben CARRION**


## ORDER APPOINTING COUNSEL


The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It is, accordingly, so **ORDERED** this **November 14, 2011.**


**U.S. MAGISTRATE JUDGE**
**NORBERT J GARNEY**