IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2011 DEC -7 PM 2:30

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | CRIMINAL NO. EP-11-CR- |
| Plaintiff, | § | **INDICTMENT** |
| v. | § | CT 1: 21:952(a)-Importation of a Controlled Substance; |
| **RUBEN CARRION,** | § | CT 2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |
| Defendant. | § | |

**EP11CR2949**

THE GRAND JURY CHARGES:

## COUNT ONE
(21 U.S.C. §§ 952(a) & 960(a)(1))

That on or about November 12, 2011, in the Western District of Texas, Defendant,

**RUBEN CARRION,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

## COUNT TWO
(21 U.S.C. § 841(a)(1))

That on or about November 12, 2011, in the Western District of Texas, Defendant,

**RUBEN CARRION,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney