PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Judge Kathleen Cardone

**EP11CR2949**

| SEALED: _____ | | UNSEALED __XX__ |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: December 7, 2011 | MAG CT #: 11-05597-NJG | FBI #: |
| CASE NO: EP-11-CR- | ASSISTANT U.S. ATTORNEY: Rifian S. Newaz | |

| DEFENDANT: **RUBEN CARRION** | DOB: REDACTED |
|---|---|

ADDRESS: REDACTED

CITIZENSHIP: U.S.    INTERPRETER NEEDED:    LANGUAGE:

| DEFENSE ATTORNEY: Marie Romero-Martinez | EMPLOYED ___ APPOINTED _X_ |
|---|---|

DEFENDANT IS: 11/15/2011 - $10,000 Bond
    ADDRESS: El Paso County Detention Facility

| DATE OF ARREST: November 12, 2011 | BENCH WARRANT: No |
|---|---|

PROSECUTION BY: INDICTMENT

OFFENSE (Code and Description):
**CT 1:** 21:952(a) - IMPORTATION OF A CONTROLLED SUBSTANCE
**CT 2:** 21:841(a)(1)-POSSESSION OF A CONTROLLED SUBSTANCE W/INTENT TO DISTRIBUTE

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 5 YRS (NO MIN MANDATORY)/$250,000/AT LEAST 2 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS: HSI - Miguel Ramirez

WDT-Cr-3