United States District Court      FILED
Western District of Texas      Apr 24 2012
El Paso Division      Clerk, U.S. District Court
Western District of Texas

By: _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Case Number: EP:11-CR-02949(1)-KC |
| § | |
| (1) RUBEN CARRION § | |
| § | |
| *Defendant* | |

## ORDER SETTING PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for PLEA in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Friday, May 11, 2012 at 10:00 AM**

The Court finds that the interests of justice outweigh the interests of Defendant and the public in a speedy trial, in that more time is needed by Defendant for preparation of the defense of this case, and that the time from April 19, 2012 through May 11, 2012 , is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance waiving defendant's speedy trial rights for the period of the continuance.

IT IS SO ORDERED this the 24th day of April, 2012.

_____
DAVID C. GUADERRAMA
U.S. MAGISTRATE JUDGE