# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Case Number: EP:11-CR-02949(1)-KC |
| § | |
| (1) RUBEN CARRION § | |
| § | |
| *Defendant* | |

## ORDER RESETTING PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for PLEA in Magistrate Courtroom # 612, Albert Armendariz Sr., United States Courthouse, 525 Magoffin Ave., El Paso TX on
**Friday May 11, 2012 @ 08:00 AM**.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance waiving defendant's speedy trial rights for the period of the continuance.

IT IS SO ORDERED on 4th day of May, 2012.

_____
ROBERT F. CASTANEDA
U.S. MAGISTRATE JUDGE