IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: EP:11-CR-02949(1)-KC |
| (1) RUBEN CARRION | § § § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND FED.R.CRIM.P. 11 ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, **(1) RUBEN CARRION**, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 11 day of May, 2012.

_____
Defendant

_____
Attorney for Defendant

_____
Attorney for Government